**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS SANCHEZ-VILLAFRANCO,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, Warden, Federal Detention** | : | |
| **Center, Philadelphia, et al.,** | : | |
| *Respondent*s. | : | **NO. 26-2606** |

## ORDER

**NOW**, this **21st** day of **April 2026**, upon review of Petitioner Luis Sanchez-Villafranco's

Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and the docket, it

is hereby **ORDERED** as follows:

1. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition
   (ECF No. 1) and the instant Order on Respondents, and shall file proof of service
   on or before **April 23, 2026, at 12:00 p.m. (noon).**

2. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of
   Pennsylvania without further order of the Court.

3. In light of the Respondents' representations in other cases with nearly identical
   material circumstances and this Court's and District's prior decisions*, see, e.g.,
   Cantu-Cortes v. O'Neill* (No. 25-cv-6338); *Anirudh v. McShane* (No. 25-cv-
   6458); *Velazquez v. O'Neill* (No. 25-cv-6191); the Court understands that the
   Petitioner here is entitled to be treated as if detained pursuant to 8 U.S.C. §
   1226(a). If Respondents view this case as containing meaningfully distinguishable
   facts from such prior cases, Respondents shall file a brief letter response
   explaining the distinguishing facts, on or before **April 27, 2026, at 4:00 p.m.**

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**