IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS SANCHEZ-VILLAFRANCO, | : | CIVIL ACTION |
| *Petitioner* | : | |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, Warden, Federal Detention | : | |
| Center, Philadelphia, et al., | : | |
| *Respondent*s. | : | NO. 26-2606 |

## ORDER

**NOW**, this **23rd** day of **April 2026**, upon review of Petitioner Luis Sanchez-Villafranco's

Petition for Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and Respondents'

Letter dated April 23, 2026 (ECF No. 4), it is hereby **ORDERED** that the Petition (ECF No. 1) is

**GRANTED** as follows:

1. For the reasons stated in this District's prior cases*, see, e.g.*, Memorandum Opinion at
   1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025);
   Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec.
   9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D.
   Pa. Dec. 22, 2025); Memorandum Opinion at 8–21, *Vasquez-Rosario v. Noem*, No. 25-
   cv-7427 (E.D. Pa. Jan. 26, 2026); which Respondents concede are not materially
   distinguishable, *see* ECF No. 4, Petitioner is not subject to mandatory detention under
   8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the
   discretionary provisions of 8 U.S.C. § 1226(a).

2. **Petitioner is a noncitizen who has been residing in the United States since March**
   **2020. ECF No. 1 ¶ 1. The record reflects that Petitioner does not have a criminal**
   **record and is a productive member of his community, where he works as a**

**construction worker and attends church regularly with his family.** *Id.* **¶¶ 18, 50. Agents of Immigration and Customs Enforcement arrested Petitioner while he was a passenger in a coworker's vehicle and detained him without a bond hearing.** *Id.* **¶¶ 2, 20. Respondents do not contest these facts.** *See* **ECF No. 4.**

3. **Because Petitioner is being held in custody in violation of the laws and the Constitution of the United States, Respondents shall IMMEDIATELY RELEASE Petitioner from custody at the Federal Detention Center in Philadelphia.**

4. Respondents are **DIRECTED** to return to Petitioner any and all funds, identification, or property which may have been seized from Petitioner at the time of his arrest.

5. Respondents are **DIRECTED** to certify compliance with the Court's Order by filing such certification on the docket on or before **April 24, 2026 at 12:00 p.m. (noon).**

6. The Clerk of the Court is **DIRECTED** to **CLOSE** the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**